1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| BENITO LOPEZ, | ) | 1:05-CV-1227 AWI DLB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO DISMISS |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on September 24, 2005 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: 6/7/06          /s/ Gina Fazio

                       GINA FAZIO, ESQ.
                       Attorney for Plaintiff

Dated: 6/8/06
                       MCGREGOR SCOTT
                       United States Attorney

                       By: /s/ Kimberly A. Gaab
                       (as authorized via facsimile)
                       KIMBERLY A. GAAB
                       Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: June 15, 2006

3c0hj8

/s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE