IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENITO LOPEZ, | ) | 1:05cv1227 AWI DLB |
| | ) | |
| | ) | ORDER DISCHARGING |
| | ) | ORDER TO SHOW CAUSE |
| | ) | |
| | ) | (Document 16) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JO ANNE BARNHART, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On September 25, 2005, Plaintiff filed the present action in this Court. On June 9, 2006, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief.

On June 13, 2006, Plaintiff filed a stipulation and proposed order to dismiss the action. Accordingly, the June 9, 2006, order to show cause is discharged.

IT IS SO ORDERED.

Dated:     June 15, 2006                         /s/ Dennis L. Beck
3b142a                                    UNITED STATES MAGISTRATE JUDGE

1